IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

FILED

TERRILL CHILDS, )
)
    Plaintiff, )
)
vs. )   CV 99-N-1586-W
)
JACKIE O. FARMER, )
)
    Defendant. )

03 MAR 27

U.S. DISTRICT COURT
N.D. OF ALABAMA

**ENTERED**

MAR 27 2000

## MEMORANDUM OF OPINION

    The magistrate judge filed a report and recommendation on February 14, 2000, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on March 1, 2000, and March 16, 2000.

    In his objections to the magistrate judge's report and recommendation, plaintiff reiterates the allegations made in his complaint. The additional details plaintiff now adds do not change the results in this action. The magistrate judge recommended that plaintiff's claims be dismissed for several reasons, including the fact that the issue of the search warrant had been previously litigated in the Middle District of Alabama, and plaintiff's claim in barred by the state's two year statute of limitations. As to plaintiff's claim that the has been deprived of his truck without due process, that claim is also barred by the statute of limitations and the only person named as a defendant in this action has stated under oath that he is not in possession of the truck.

    In his objections, plaintiff has added a request to amend this lawsuit and add a new defendant. Plaintiff seeks to name John Harper Stacy, Circuit Clerk of Bibb County as a defendant



and claims that he deliberately refused to perform the duties of his office and as such denied plaintiff access to state courts, denied plaintiff equal protection, and his actions amounted to cruel and unusual punishment. The objections are not the appropriate place to add new claims or parties. Accordingly, plaintiff's motion to add John Harper Stacy as a defendant is DENIED.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 27th day of March, 2000.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE